IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br>17 ELECTRONIC ACCOUNTS LOCATED AT<br>GOOGLE LLC; | ) ) ) ) | Case No. 24-mj-08144-TJJ |
| 18 ELECTRONIC ACCOUNTS LOCATED AT<br>YAHOO INC; | ) ) ) | Case No. 24-mj-08145-TJJ |
| 2 ELECTRONIC ACCOUNTS LOCATED AT<br>IONOS INC; | ) ) | Case No. 24-mj-08146-ADM |

## ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Seizure Warrants filed in on July 24, 2024, be unsealed.

_____
HONORABLE RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE